THIRD DEPARTMENT, SEPTEMBER, 1992

(September 17, 1992)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL T. GRIGNON, Appellant.—Appeal from a judgment of the County Court of Albany County (Turner, Jr., J.), rendered September 13, 1988, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant's only argument on appeal is that the 1⅓ to 4-year prison sentence he received upon the revocation of his probation was harsh and excessive. Given defendant's use of drugs and alcohol, failure to cooperate in a substance abuse rehabilitation program and conviction of additional crimes while on probation, we cannot say that County Court abused its discretion in sentencing defendant *(see, People v Moore,* 168 AD2d 739; *People v Bushey,* 114 AD2d 690, *lv denied* 67 NY2d 649).

Mikoll, J. P., Yesawich Jr., Levine, Crew III and Harvey, JJ., concur. Ordered that the judgment is affirmed.